**Opinion filed October 30, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00179-CV

_____

## JILL KANO, Appellant

## V.

## AARON HASKELL HOFFMAN, Appellee

On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2018-01211

## M E M O R A N D U M   O P I N I O N

Appellant, Jill Kano, has filed in this court[1] a motion to voluntarily dismiss this appeal. In the motion, Appellant states that "she no longer wishes to seek review of the underlying order and judgment." Appellant asks this court to dismiss the appeal, to tax costs on appeal against the party incurring same, and to issue mandate

---

[1]We note that this appeal was transferred to this court from the First Court of Appeals pursuant to a docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

"immediately." Appellant has indicated that Appellee does not oppose Appellant's motion. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

October 30, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[2] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.